**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

EDWARD LEE MOCK,
    Plaintiff,

vs.                                    Case No.:  3:06mc1/MCR/EMT

MERCK & CO., INC.,
    Defendant.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 27, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This cause is **DISMISSED** for lack of subject matter jurisdiction and the clerk is directed to close the file.

    3.  All pending motions are **DENIED** as moot.

    **DONE AND ORDERED** this 27th day of July, 2006.

                                                      *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS
                                                      UNITED STATES DISTRICT JUDGE**